FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2019 DEC -6 AM 11:40

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

JAMES LYONS & PEDRO TORRES

Plaintiff

CASE NUMBER: 8:19-CV-02566-MSS-SPF

v.

RASOL ENTERPRISES LLC DBA CARFOX AUTO SALES

Defendant

MOTION TO SET ASIDE DEFAULT ON DEFAULT JUDGEMENT

I, CATALIN RASOI REQUEST THAT THE COURT ENTER AN ORDER TO SET ASIDE THE DEFAULT ENTERED AGAINST ME AND THAT I BE GIVEN THE OPPORTUNITY TO PRESENT MY VIEWS.

THE COURT SHOULD DO THIS BECAUSE:

1. I BECAME AWARE OF THIS DEFAULT ON 12/05/2019.
2. I DID NOT ANSWER OR APPEAR AT THE HEARING BECAUSE I CONFUSED THE DATES
3. IF I AM GIVEN THE OPPORTUNITY, THESE ARE THE DEFENSES AND ARGUMENTS THAT I WOULD LIKE TO TELL THE COURTS ABOUT: JAMES LYONS AND PEDRO TORRES ARE INDEPENDENT CONTRACTORS.

I CERTIFY THAT A COPY OF THIS DOCUMENT WAS COPIED AND MAILED TO THE PERSON LISTED BELOW ON DATE 12/6/19.

OTHER PARTY ATTORNEY: KYLE J LEE
P.O BOX 4476
BRANDON, FL 33509
KYLE@KYLELEELAW.COM

I UNDERSTAND THAT I AM SWEARING OR AFFIRMING UNDER OATH TO THE TRUTHFULNESS OF THE CLAIMS MADE IN THIS MOTION AND THAT THE PUNISHMENT FOR KNOWINGLY MAKING A FALSE STATEMENT INCLUDES FINES AND/OR IMPRISONMENT.

12/6/19
DATED

SIGNATURE OF RESPONDENT
PRINTED NAME: CATALIN RASOI
ADDRESS: 13654 N. 12TH ST. #9 TAMPA, FL 33613
FAX NUMBER: 727-683-9558
EMAIL: CATALIN@CARFOXAUTOSALES.COM