## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**JAMES LYONS and PEDRO TORRES,**

      **Plaintiffs,**

**v.**                                           **Case No: 8:19-cv-2566-T-35SPF**

**RASOI ENTERPRISES, LLC,**
**d/b/a Carfox Auto Sales**

      **Defendant.**

_____

## ORDER

      **THIS CAUSE** comes before the Court for consideration of the Motion to Set Aside Default or Default Judgment, filed by Catalin Rasoi. (Dkt. 10) Therein, Mr. Rasoi requests that the Court set aside the Clerk's default entered on December 3, 2019 against Defendant Rasoi Enterprises, LLC. (Dkt. 9)

      Defendant Rasoi Enterprises, LLC is a business entity that **CANNOT** proceed *pro se* and **MUST** be represented by counsel. See <u>Palazzo av. Gulf Oil Corp.</u>, 764 F.2d 1381 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se* and must be represented by counsel" and that "[t]he general rule applies even where the person seeking to represent the corporation is its president and major stockholder.") (citations omitted); <u>See Energy Lighting Mgmt., LLC v. Kinder</u>, 363 F. Supp. 2d 1331, 1332 (M.D. Fla. 2005) ("[L]imited liability companies, like corporations, 'may appear and be heard only through counsel[.]'").

      **As such, any pleadings filed on behalf of Defendant Rasoi Enterprises, LLC MUST be filed through licensed counsel; such pleadings cannot be filed by Mr. Rasoi.**

Accordingly, the Court hereby **ORDERS** that the Motion to Set Aside Default or Default Judgment, (Dkt. 10), filed by Catalin Rasoi is **STRICKEN**. Defendant Rasoi Enterprises, LLC shall have **twenty-one (21) days** from the date of this Order to obtain counsel and move to set aside the Clerk's default, failing which, Plaintiff shall be free to move for entry of a default judgment against Rasoi Enterprises, LLC because it will be unable to defend itself in this action. If a default judgment is entered against Rasoi Enterprises, LLC, it will be liable for all damages proved by Plaintiffs as well as reasonable attorney's fees incurred.

**DONE and ORDERED** at Tampa, Florida this 9th day of December, 2019.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party

- 2 -