**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JAMES LYONS and PEDRO TORRES,**

    **Plaintiffs,**

**v.**                                                                      **Case No: 8:19-cv-2566-T-35SPF**

**RASOI ENTERPRISES, LLC,**

    **Defendant.**

_____

### ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Plaintiffs' Notice of Dismissal Pursuant to Federal Rule 41(a)(1)(A)(i) filed on December 23, 2019. (Dkt. 13) Plaintiffs state that after a lengthy and productive settlement conference, Plaintiffs' claims were "paid in full, without compromise." (Id.) As the Parties' settlement did not compromise Plaintiff's overtime compensation, the Court finds that a review of the settlement is not required for dismissal. See Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982); Silva v. Miller, 307 Fed. Appx. 349 (11th Cir. 2009).

Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 2nd day of January, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party